8:26-cv-348

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUL 17 AM 11: 15
OFFICE OF THE CLERK

PRO SE CIVIL ACTION 42 USC 1983 / 28 USC 1915 (G)

Federal District court of Nebraska

July 10, 2026

Prisoner

Austin Edward Lightfeather, 216000

Plaintiff

[VS]

1 Lancaster County Attorney patrick condon his/individual official compacity;

2 Deputy Lancaster county Attorney christopher siefert his individual official compacity;

3 Deputy Lancaster county Attorney christopher Turner, his individual official compacity;

4 Judge Andrew Jacobsen District 3 Lancaster County District 3 court, his/individual official compacity;

5 Judge Kevin mcmanaman District 3 Lancaster County District 3 court, his/individual official compacity;

6 Lancaster County Jail SGT. Derrek manning in his individual official compacity;

7 Lancaster County jail Administrator Brandon Norder in his individual official compacity;

Defendants

RECEIVED
JUL 17 2026
CLERK
U.S. DISTRICT COURT

CIVIL VIOLATIONS / 14TH Admendment equal rights / 5TH Admendment Due process / 8th Admendment Cruel and unusual punishment

42 USC 1983
28 USC 1915(G)

ALL 7 Defendants had involvment with me in court proceedings in 2021 - 2022 including the 2 Judges named. I was incarcerated in the Lancaster county jail from July 2, 2020 thru December 31, 2022. Not once Did any County employees for Lancaster county, State of Nebraska notify, inform or communicate the victims in the jail stemming from self-defense deaths, that can possibly be related to Nebraska Department Correctional services employees or inmates putting my safety at risk for death or injury in retaliation from those directly connected to employees or inmates.

I have limited postage of one envelope with one stamp, So, I had to fit my case in as limited space as possible. I have to file this case immidiatly because I believe I am in immidiate danger from employees connected to my victims I killed in self-defense in the Lancaster county Jail. please accept my case for, I do not have enough postage to file the 11 page packet.

Thankyou

42 USC 1983 / 28 USC 1915 (G)

statement of claim

The Lancaster County attorney Patrick condon, and deputy County attorney Christopher siefert and christipher Turner, and Lancaster county District 3 court Judges Andrew Jacobsen, and Kevin Mcmanaman, Along with Lancaster county Jail in city of Lincoln state Nebraska, Sgt. Derek Manning, Corpral Row, Jail Administrator Brandon nordek, all failed to report to the Nebraska Department Correctional services, Administrators warden Tagert Boyd in 2024, and warden Gable in 2025 and 2026, along with NDCS Director Robert Jeffreys in 2023 or Administrator cathren shier Reception treatment center Assistant warden that in 2021 and in early 2022 I Austin Edward Lightfeather killed over 5 Lancaster County Jail Corprals in a 6 month time Frame, time span. By not informing the government Prison officials of such report has put me into immidiate danger from family members and friends of the victims I killed in Self-defense in the Lancaster County Jail At 3801 West O street Lincoln, NE. 68528 phone number (402) 441-1900. This has placed me in danger by employees related to the dead victims that have family members / Friends who are employeed For the state, as the victims were employeed for the County of Correctional Services, once employeed For the state.

→

Page 4/8

42 usc 1983
28 usc 1915(G)

There are at least 3 victims in the state prison with the same last name as living employees in the Reception Treatment center, "miller", "Petersen", and "perez", that I can recall off of memory as my victims last names. There might be more, but that is what I have seen thus far. Miller and petersen work the housing unit I am on almost daily. I killed over 5 Corprals in the sixth month time span in self-defense for my life. These corprals have living sisters, brothers, uncles, Aunts, grand parents, parents, cousins, nephews, nieces, ext. with friends. I have been placed in immidiate danger by the county government employees not informing the prison government employees who my victims are by last name, to keep me separated from them while I serve my incarceration sentenced by State Judge Kevin McManaman. I have valid reason to believe my food is being spit in, my canteen is being targeted, I am being forced to live in confinement / segregation 24/7 isolation causing me health conserns from limited movement, lack of exercise, officers plotting to murder, or cause me bodily injury. The issue is I do not know all of my victims names or remember all of there last names. That causes an issue too. This places me at bigger risk, when it isn't me that should have to report it, with facts it is the county levels responsibility to report. →

page 5/8

42 usc 1983
28usc 1915[G]

I am in immidiate danger and the names of the victims need to be reported to the prison officials of Nebraska Department of Correctional services, so they know how to separate me from the victims friends or relatives family of the victim that is or are prisoners of the state or employees of the state, to separate us by institution, central moniltering. To ensure my safety and well-being. This has not happend they way it needs to. I have been set up on H-unit to be stabbed before, in 2023; in the Reception Treatment center. Qualifying me to file 28 usc 1915 (G) immidiate danger.

Relief sought "prayer"

1. To have the listed defendants inform the individuals responsible for my safety of the list of last names of the officers I killed while I was a pre-trial detainee, to separate me from anyone officer or inmate with the same last name by institution.

2. For Judges Andrew Jacobsen and Judge Kevin mcmanaman to release the names of each victim to the Nebraska Department of correctional services with an order to place me on a monitter list with each victim with the same last name as the living relative, To separate us by institution during the course remainder of my incarceration, based on the danger ratio I am in if they don't.

Page 6/8

3. If I am to be stabbed or injured or killed by an inmate or employee with ties or relation to each victim or even one victim stemming from 2021 October thru - 2022 March, that I would received financial restitution of $4,000,000.00 million dollars, or paid to my family if I die in wrongful death to mother Brenda M. Quarry (Stinson) $4,000,000.00 million dollars, because the death was preventable by separating me by institution.

CIVIL ACTION - 42 USC 1983 - 28 USC 1915(G)

Prisoner Pro SE Signature: [signature]

inmate number: 216000

Institution: Reception Treatment Center

Address: Post office Box 22800 Lincoln, NE 68542

Print name: Austin Edward LIGHTFEATHER

Notice: This correspondence was mailed from an institution operated by the Nebraska Department of Corrections. Its contents are uncensored.
Inmate Name/#: Austin Lightfeather 21600
Reception Treatment Center
PO BOX 22800
Lincoln, NE 68542-2800

OMAHA NE 680
15 JUL 2026 PM 1 L

USA FOREVER

Pro SE Court
US District Court
of Nebraska
111 South 18th plaza
Omaha, NE 68102

RECEIVED
JUL 17 2026
CLERK
U.S. DISTRICT COURT

privileged
Legal mail

Legal mail
Privileged

68102-132277