page 8/8

8:26-cv-348

Motion- Leave To Proceed Informa Paupris
28 USC 1915 (G)
Immidiate Danger, motion.

Please waive The $405.00 fee administrative fee due to immidiate Danger, I believe I am in due to past events where corprals lost their lives in self-defense and their family members / Friends wish to retaliate against me. I do not have $405.00 avalible, my account was recently looked at by the federal court in case number 826cv4199 Lightfeather (v.s) NDCS staff. Please Grant my leave to proceed IFP. informa paperis.

Dated July 10th, 2026

[signature] #216000
RTC, NDCS Prisoner
Austin Edward Lightfeather
PO BOX 22800
Lincoln, NE 68542

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2026 JUL 17 AM 11:15
OFFICE OF THE CLERK